**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00387-CV**
_____

**OWL 1 HOLDINGS, LLC, BUENDIA CONCRETE, LLC, AND LIKHA, LLC, Appellants**

**V.**

**STRUBLE RANCH, LLC, Appellee**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-05-06860-CV**
_____

**MEMORANDUM OPINION**

Owl 1 Holdings, LLC, Buendia Concrete, LLC, and Likha, LLC, Appellants, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on August 9, 2023
Opinion Delivered August 10, 2023

Before Golemon, C.J., Horton and Johnson, JJ.

2